*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 9, 2018

<u>BY ECF</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      Re:  *The New York Times Co. v. Department of Justice*, 18 Civ. 7097 (ALC)

Dear Judge Carter:

      This Office represents the Department of Justice in the above-referenced case, which concerns Plaintiffs' Freedom of Information Act request for a 2014 memorandum opinion from the Office of Legal Counsel ("OLC") to then-President Obama.  *See* Dkt. No. 1 ¶ 8.  As the Court is aware, OLC was in the final stages of a re-review of that memorandum opinion for potential publication.  *See* Dkt. No. 9.

      Pursuant to the Court's October 9, 2018, Order, Dkt. No. 11, I write to provide an update on the status of that review.  Earlier this week, on November 7, 2018, OLC completed its review of the at-issue memorandum opinion and published it on its website.[1]  That same day, our Office advised Plaintiffs of the memorandum opinion's publication and provided an electronic copy by e-mail.

      Our Office also inquired as to whether Plaintiffs would be willing to stipulate to dismissal of this action; Plaintiffs advised earlier today that they would agree to dismiss this case.  The parties will submit a stipulation for the Court's approval shortly.

      I thank the Court for its attention to this matter.

---

[1] https://www.justice.gov/olc/file/1108686/download.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*

By:   */s/ Casey K. Lee*
CASEY K. LEE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2714
Fax: (212) 637-2686
casey.lee@usdoj.gov

cc: Plaintiffs' counsel (by ECF)